JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYUN L. ANDRUSS, et al., | Case No. 8:18-cv-00943-JLS-PJW |
| Plaintiffs, | |
| v. | **ORDER REGARDING JOINT STIPULATION REGARDING REMAND** |
| EQUIFAX INC. | |
| Defendant. | |

1  The Court, having considered Defendant Equifax Inc.'s ("Equifax") and
2  Plaintiffs' (collectively, "the Parties") August 24, 2018 Joint Stipulation Regarding
3  Remand, hereby **GRANTS** the Parties' Joint Stipulation.
4  The Court hereby remands the above-entitled action to the Superior Court of
5  California, County of Orange, Case No. 30-02018-00986497-CU-BT-CJC.

7  **SO ORDERED**, this 29th day of August, 2018.

_____JOSEPHINE L. STATON_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE